1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5
6  Attorneys for Plaintiffs

7  (Additional Counsel for Plaintiffs on the following page)

8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION

12  | | |
    |---|---|
13  | CLAUDE BRYANT, et al., On behalf of themselves and all employees similarly situated, | Case Nos. C 08-1190-SI, C 08-1184-SI |
14  | | STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND NOTICE OF APPEARANCE OF NEW COUNSEL |
15  | Plaintiffs, | |
16  | v. | |
17  | SERVICE CORPORATION INTERNATIONAL, et al., | |
18  | Defendants. | |
19  | | |
20  | | |
21  | WILLIAM HELM, et al. On behalf of themselves and all employees similarly situated, | |
22  | Plaintiffs, | |
23  | v. | |
24  | ALDERWOODS GROUP, INC., et al. | |
25  | Defendants. | |

26      PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby
27  substitute one of their counsel and attorneys of record as in this matter as follows:
28  Former Counsel:    Rosen, Bien and Galvan, LLP

STIP OF SUBSTITUTION OF COUNSEL FOR     1    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

10/23/2008 14:06 FAX 415 433 7104  ROSEN BIEN GALVAN  ☐003
Oct-14-08  08:18am  From-BURNHAM BROWN  +510 835 6666  T-016  P.004/006  F-164

Case 3:08-cv-01190-SI   Document 104   Filed 10/24/2008   Page 2 of 4

```
 1         Sanford Jay Rosen
           Maria V. Morris
           Lori E. Rifkin
 2         315 Montgomery Street, Tenth Floor
           San Francisco, CA 94104
 3         (415) 433-6830

 4   New Counsel:   Burnham Brown
                    Robert M. Bodzin
 5                  P.O. Box 119
                    Oakland, California 94604-0119
 6                  (510) 444-6800

 7         PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON
 8   LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs
 9

10   DATED: October 23, 2008        ROSEN, BIEN & GALVAN, LLP
11
12                                  By _____
13                                  Sanford Jay Rosen, State Bar No. 62566
                                    Maria V. Morris, State Bar No. 223903
14                                  Lori E. Rifkin, State Bar No. 244081

15                                  315 Montgomery Street, Tenth Floor
                                    San Francisco, CA 94104
16                                  Telephone: (415) 433-6830

17   DATED: October 23, 2008        BURNHAM BROWN
18
19                                  By _____
20                                  Robert M. Bodzin, State Bar No. 201327
                                    P.O. Box 119
21                                  Oakland, CA 94604-0119
                                    Telephone: (510) 444-6800
22
23
24
25
26
27
28
```

STIP OF SUBSTITUTION OF COUNSEL FOR     2     Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL.

Additional Counsel for Plaintiffs

J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Annette Gifford, NY Attorney No. 4105870
DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile: (585) 272-0574

Charles H. Saul, PA State Bar No. 19938
MARGOLIS EDELSTEIN
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380

10/23/2008 14:06 FAX 415 433 7104   ROSEN BIEN GALVAN   ⌀005
Oct-14-08  09:19am  From-BURNHAM BROWN  +510 835 6666  T-016  P.005/006  F-164

Case 3:08-cv-01190-SI   Document 104   Filed 10/24/2008   Page 4 of 4

PURSUANT TO STIPULATION
IT IS SO ORDERED

DATED: October ___, 2008

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT

STIP OF SUBSTITUTION OF COUNSEL FOR       3     Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL