1  STEVEN H. GURNEE, ESQ. SB# 66056
   JOHN A. MASON, ESQ.
2  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
3  Roseville, CA  95661-3805
   Telephone     (916) 797-3100
4  Facsimile     (916) 797-3131

5  Attorneys for Defendants

6  SERVICE CORPORATION INTERNATIONAL,
   SCI FUNERAL AND CEMETERY PURCHASING
7  COOPERATIVE, INC., SCI EASTERN MARKET
   SUPPORT CENTER, L.P. SCI WESTERN MARKET
8  SUPPORT CENTER, L.P., SCI HOUSTON MARKET
   SUPPORT CENTER, L.P., JANE D. JONES,
9  GWEN PETTEWAY, THOMAS RYAN, CURTIS BRIGGS,
   ALDERWOODS GROUP, INC., and PAUL HOUSTON

10

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14  CLAUDE BRYANT, et al., on behalf of        )  **CASE NO.  3:08-CV-01190 SI**
    themselves and all other employees and former )  **CASE NO.  3:08-CV-01184 SI**
15  employees similarly situated,               )
                                                )  **STIPULATION TO FILE DOCUMENT**
16                  Plaintiffs,                 )  **UNDER SEAL; [PROPOSED] ORDER**
                                                )
17            vs.                               )
                                                )
18  SERVICE CORPORATION                         )
    INTERNATIONAL et al.                        )
19                                              )
                                                )
20                  Defendants.                 )
                                                )
21                                              )
                                                )
22  _____            )
                                                )
23  WILLIAM HELM, DEBORAH PRISE,                )
    HEATHER P. RADY, et al., on behalf of       )
24  themselves and all other employees and former )
    employees similarly situated,               )
25                                              )
                                                )
26                  Plaintiffs,                 )
                                                )
27            vs.                               )

28  STIPULATION TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER            1
    Case No.:  3:08-CV-01190 SI;
    Case No.:  3:08-CV-01184 SI

|   |   |   |
|---|---|---|
| 1 | ALDERWOODS GROUP, INC., PAUL A. | ) |
| 2 | HOUSTON, SERVICE CORPORATION | ) |
|   | INTERNATIONAL, SCI FUNERAL AND | ) |
| 3 | CEMETERY PURCHASING | ) |
|   | COOPERATIVE, INC., SCI EASTERN | ) |
| 4 | MARKET SUPPORT CENTER, L.P., SCI | ) |
| 5 | WESTERN MARKET SUPPORT CENTER, | ) |
|   | L.P., a/k/a SCI WESTERN MARKET | ) |
| 6 | SUPPORT CENTER, INC., and SCI | ) |
| 7 | HOUSTON MARKET SUPPORT CENTER, | ) |
|   | L.P. | ) |
| 8 |   | ) |
|   | Defendants. | ) |
| 9 | _____ | ) |

10                                                        **STIPULATION**

11          Previously, Plaintiffs and Defendants agreed to, and the Court entered, a Stipulated Protective Order

12   Pursuant to Fed. R. Civ. P. 26(C). *(Bryant* Docket No. 112; *Helm* Docket No. 124). That Protective Order, *inter*

13   *alia,* set out a procedure permitting parties to designate certain discovery materials "CONFIDENTIAL." In

14   response to discovery demands in this case, Defendants have designated certain documents "CONFIDENTIAL"

15   pursuant to the Protective Order, and Plaintiffs have not currently challenged some of those designations.

16          Pursuant to Civil Local Rules 79-5 and 7-12, Plaintiffs and Defendants in these matters, through their

17   undersigned counsel, hereby stipulate that in submitting Defendants' Reply in support of their pending motions to

18   dismiss, Defendants may file under seal pursuant to the Protective Order the following documents, each of which

19   has been designated "CONFIDENTIAL":

20          1.   Defendants Service Corporation International, SCI Eastern Market Support Center, L.P., SCI

21               Houston Market Support Center, L.P., Jane D. Jones, Gwen Petteway, Thomas Ryan and Curtis

22               Briggs Reply in Support of Their Motion to Dismiss Complaint Pursuant to FRCP 12(B)(2) and

23               FRCP 12(B)(6), which describes and quotes from materials Defendants have designated as

24               "CONFIDENTIAL"

25          2.   Defendants' Evidentiary Objections and Motion to Strike Portions of Plaintiffs' Consolidated

26               Declaration of Sarah Cressman in Opposition to Defendants' Motions to Dismiss, for Partial

27               Judgment on the Pleadings, and to Strike and Require a More Definite Statement and Motions for

28   STIPULATION TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER                                    2
     Case No.:  3:08-CV-01190 SI;
     Case No.:  3:08-CV-01184 SI

1   Stay and Award of Attorney Fees and Costs Pursuant to FRCP 41(d), which describes and quotes

2   from materials Defendants have designated as "CONFIDENTIAL"

3

    **AGREED TO:**

4

5   /s/Annette Gifford                          /s/Nicholas P. Forestiere
    Annette Gifford                             Nicholas P. Forestiere
6   Thomas & Solomon LLP                        Gurnee & Daniels LLP
7   693 East Avenue                             2240 Douglas Blvd., Suite 150
    Rochester, New York 14607                   Roseville, CA 95661
8   Telephone: (585) 272-0540                   Telephone: (916) 797-3100

9   Attorneys for Plaintiffs                    Attorneys for Defendants

10

11                              **ORDER**

12      Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders that, in submitting

    Defendants' Reply in support of their pending motions to dismiss, Defendants may file under seal pursuant to the
13
    Protective Order the following documents, each of which has been designated "CONFIDENTIAL" by Defendants:
14

15      1.  Defendants Service Corporation International, SCI Eastern Market Support Center, L.P., SCI

16          Houston Market Support Center, L.P., Jane D. Jones, Gwen Petteway, Thomas Ryan and Curtis

17          Briggs Reply in Support of Their Motion to Dismiss Complaint Pursuant to FRCP 12(B)(2) and

18          FRCP 12(B)(6), which describes and quotes from materials Defendants have designated as

            "CONFIDENTIAL"
19

20      2.  Defendants' Evidentiary Objections and Motion to Strike Portions of Plaintiffs' Consolidated

21          Declaration of Sarah Cressman in Opposition to Defendants' Motions to Dismiss, for Partial

22          Judgment on the Pleadings, and to Strike and Require a More Definite Statement and Motions for

23          Stay and Award of Attorney Fees and Costs Pursuant to FRCP 41(d), which describes and quotes

            from materials Defendants have designated as "CONFIDENTIAL"
24

25  IT IS SO ORDERED:

26

27                                          Honorable Susan Illston
                                            United States District Court
28
    STIPULATION TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER                    3
    Case No.:  3:08-CV-01190 SI;
    Case No.:  3:08-CV-01184 SI