BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile: (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO. 3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER EXTENDING TIME TO SUBMIT RESPONSIVE AND REPLY BRIEFING** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,

2. Defendant's reply to that motion shall be filed and served no later than **Monday, May 24, 2010**.

1 | IT IS SO ORDERED:  Honorable Susan Illston
2 |                    United States District Court
3 |                    _____
4 |
5 | **AGREED TO:**
6 |
7 |
8 | By: /s/ Annette Gifford              By: /s/ John A. Mason
9 |     J. Nelson Thomas (*pro hac vice*)    Steven H. Gurnee
10|    Patrick J. Solomon (*pro hac vice*)   Nicholas P. Forestiere
11|    Annette Gifford (*pro hac vice*)      John A. Mason
12|    THOMAS & SOLOMON LLP               GURNEE & DANIELS LLP
13|    693 East Avenue                    2240 Douglas Blvd, Suite 150
14|    Rochester, NY 14607                Roseville, CA 95648
15|    Telephone: 585-272-0540            Telephone: 916-797-3100
16|    Facsimile: 585-272-0574            Facsimile: 916-797-3131
17|
18|    Robert M. Bodzin, State Bar No. 201327   Counsel for Defendant
19|    BURNHAM BROWN
20|    P.O. Box 119
21|    Oakland, CA 94604
22|    Telephone: (510) 835-6833
23|    Facsimile: (510) 835-6666
24|
25|    Charles H. Saul (*pro hac vice*)
26|    MARGOLIS EDELSTEIN
27|    525 William Penn Place
28|    Suite 3300
     Pittsburgh, PA 15219
     Telephone: 412-281-4256
     Facsimile: 412-642-2380

     Counsel for Plaintiffs