1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
8                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 WILLIAM HELM, DEBORAH PRISE,           )  CASE NO.  3:08-CV-01184 SI
   HEATHER P. RADY, et al., on behalf of )
12 themselves and all other employees and former )
   employees similarly situated,         )
13                                        )  **[PROPOSED] ORDER CONTINUING**
                  Plaintiffs,             )  **CASE MANAGEMENT CONFERENCE**
14                                        )
   v.                                     )
15                                        )
   ALDERWOODS GROUP, INC.,                )
16                                        )
                  Defendant.              )
17                                        )
                                          )
18                                        )
                                          )
19 _____)

20     Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as
21 follows:

22     1.    The date for the further Case Management Conference, previously set for July 30,
23 2010 is moved to **September 10, 2010 at 3:00 p.m.**

24
25
26
27
28
   [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                       1

   Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

_/s/ Susan Illston_
Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: July 21, 2010

By: /s/ Sarah Cressman
    J. Nelson Thomas (*pro hac vice*)
    Patrick J. Solomon (*pro hac vice*)
    Annette Gifford (*pro hac vice*)
    Sarah Cressman (*pro hac vice*)
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY 14607
    Telephone: 585-272-0540
    Facsimile: 585-272-0574

    Robert M. Bodzin, State Bar No. 201327
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile: (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    Liberty J. Weyandt (*pro hac vice pending*)
    Kyle T. McGee (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone: 412-281-4256
    Facsimile: 412-642-2380

    Counsel for Plaintiffs

By: /s/ John A. Mason
    Steven H. Gurnee
    Nicholas P. Forestiere
    John A. Mason
    GURNEE & DANIELS LLP
    2240 Douglas Blvd, Suite 150
    Roseville, CA 95648
    Telephone: 916-797-3100
    Facsimile: 916-797-3131

    Counsel for Defendant