1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>　　　　　　Plaintiffs,<br>　vs.<br>ALDERWOODS GROUP, INC.,<br><br>　　　　　　Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE MANAGEMENT CONFERENCE** |

　　　Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

　　　1.　　Plaintiffs and Defendant shall attend the Case Management Conference set for **February 18, 2011 at 3:00 p.m** by telephonic appearance.

IT IS SO ORDERED:

2/11/11

*Susan Illston* (signature)

———————————————————
Honorable Susan Illston
United States District Court

AGREED TO:

By: /s/ Sarah Cressman
   J. Nelson Thomas (*pro hac vice*)
   Patrick J. Solomon (*pro hac vice*)
   Annette Gifford (*pro hac vice*)
   Sarah Cressman (*pro hac vice*)
   THOMAS & SOLOMON LLP
   693 East Avenue
   Rochester, NY 14607
   Telephone: 585-272-0540
   Facsimile: 585-272-0574

   Robert M. Bodzin, State Bar No. 201327
   BURNHAM BROWN
   P.O. Box 119
   Oakland, CA 94604
   Telephone: (510) 835-6833
   Facsimile: (510) 835-6666

   Charles H. Saul (*pro hac vice*)
   Liberty J. Weyandt (*pro hac vice pending*)
   Kyle T. McGee (*pro hac vice*)
   MARGOLIS EDELSTEIN
   525 William Penn Place
   Suite 3300
   Pittsburgh, PA 15219
   Telephone: 412-281-4256
   Facsimile: 412-642-2380

   Counsel for Plaintiffs

By: /s/ John A. Mason
   Steven H. Gurnee
   David M. Daniels
   John A. Mason
   GURNEE & DANIELS LLP
   2240 Douglas Blvd, Suite 150
   Roseville, CA 95648
   Telephone: 916-797-3100
   Facsimile: 916-797-3131

   Counsel for Defendant